FILED
FEB 15 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR0893-GT |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER |
| ALBERT THERRIEN, | ) | |
| Defendant. | ) | |

For good cause having been shown, **IT IS HEREBY ORDERED** that Mr. Albert Therrien's remaining term of supervised release be terminated.

**SO ORDERED.**

Dated: 2-15-11

_____
HONORABLE GORDON THOMPSON, JR.
United States District Court Judge

07CR0893-GT